UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Lerin Hughes, | File No. 24-cv-3045 (ECT/JFD) |
| Plaintiff, | |
| v. | **ORDER ACCEPTING REPORT AND RECOMMENDATION** |
| FCI Waseca; Michael Segal, Warden; T. Ramler, Dr. – Psychologist at FCI Waseca; J. Reyna, Dr. – Chief Psychologist; Turner, Dr. – Psychologist; Wunderlich, Social Worker; Parrent, Unit Manager; Linnes, Counselor; Koziolek, Unit Manager; Goodin, Chaplin; Griffen, Chaplin; Linder, Dr.; Gabel, Psychologist regional admin; Cooper, Regional admin; Wundershid, Co; SIS UTT; and The Federal Bureau of Prisons, | |
| Defendants. | |

---

Magistrate Judge John F. Docherty issued a Report and Recommendation on September 4, 2024. ECF No. 4. No party has objected to that Report and Recommendation, and it is therefore reviewed for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all of the files, records, and proceedings in the above-captioned matter, **IT IS ORDERED THAT**:

  1. The Report and Recommendation [ECF No. 4] is **ACCEPTED**; and

2. Plaintiff's Complaint [ECF No. 1] is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute under Rule 41(b) of the Federal Rules of Civil Procedure.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: October 2, 2024

s/ Eric C. Tostrud
Eric C. Tostrud
United States District Court